IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CAROLYNN WOOD, | ) |
| Plaintiff, | ) |
| v. | ) |
| FKH SFR C1, L.P., f/k/a CERBERUS SFR HOLDINGS II, L.P.; FIRSTKEY HOMES, LLC; FIRSTKEY HOMES OF NORTH CAROLINA, LLC; MICHELLE HARNE; SCOTT SANDMAN; AND CHRIS WOODHOUSE, | ) Case No. 1:23-cv-1114-CCE-JLW |
| Defendants. | ) |

**DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO
PARTIAL MOTION TO DISMISS UNDER RULE 12(b)(6)**

Defendants FKH SFR C1, L.P., f/k/a Cerberus SFR Holdings II, L.P.; FirstKey Homes, LLC; FirstKey Homes of North Carolina, LLC; Michelle Harne; Scott Sandman; and Chris Woodhouse (collectively, "FirstKey" or "Defendants"), by and through the undersigned counsel, respectfully submit this Reply to the Response Plaintiff Carolyn Wood ("Wood" or "Plaintiff") filed to Defendants' Partial Motion to Dismiss.

Wood timely filed her Response to the Partial Motion to Dismiss on March 12, 2024. The same day, she filed an Amended Complaint as of right under Federal Rule of Civil Procedure 15(a).

Wood's Response correctly points out that "'the filing of an amended complaint normally moots a pending motion to dismiss.'" Response at 6 (quoting *Flanagan v.*

*Syngenta Crop Prot., LLC*, No. 1:17CV202, 2017 WL 3328168, at *2 (M.D.N.C. Aug. 3, 2017)). While Defendants disagree with the other, substantive arguments Wood raises in her Response, Defendants agree that the filing of the Amended Complaint moots the pending Partial Motion to Dismiss.

The Fourth Circuit has consistently recognized that "'an amended pleading ordinarily supersedes the original and renders it of no legal effect.'" *Ohio River Valley Env't Coal., Inc. v. Timmermeyer*, 66 F. App'x 468, 471 (4th Cir. 2003) (quoting *Young v. City of Mount Rainer*, 238 F.3d 567, 572 (4th Cir. 2001)). This rule has "broad application" and "provides that pleadings that have been amended have no legal effect and thus no longer perform *any* function in the case." *Id.* A motion to dismiss attacking a complaint that itself has "no legal effect" and performs no "function in the case" is necessarily moot. *Id.* Indeed, the mootness is all the more apparent here because Wood's Amended Complaint "differs substantially from the original" and raises new allegations and an entirely new claim. Response at 6; *see, e.g.,* Amended Compl. at ¶¶ 99–106 (raising claim under North Carolina debt-collection statute).

Accordingly, Defendants agree that the issues raised in Defendants' Partial Motion to Dismiss—and any additional issues occasioned by the Amended Complaint—should be re-raised in the appropriate motion or pleading in response to the Amended Complaint.

Respectfully submitted, this the 18th day of March, 2024.

*/s/ John M. Moye*
John M. Moye (NC Bar No. 35463)
BARNES & THORNBURG LLP
3340 Peachtree Road, N.E., Suite 2900
Atlanta, Georgia 30326-1092
Tel: (404) 846-1693
Fax: (404) 264-4033
JMoye@btlaw.com

*Local Civil Rule 83.1(d) Counsel for Defendants*

Michael P. Palmer (*by Special Appearance*)
BARNES & THORNBURG LLP
201 South Main Street, Suite 400
South Bend, IN 46601
Telephone: (574) 237-1135
Facsimile: (574) 237-1125
Michael.Palmer@btlaw.com

*Counsel for Defendants FKH SFR C1, L.P., f/k/a Cerberus SFR Holdings II, L.P.; FirstKey Homes, LLC; FirstKey Homes of North Carolina, LLC; Michelle Harne; Scott Sandman; and Chris Woodhouse*

## CERTIFICATE OF WORD COUNT

Pursuant to Local Rule 7.3, I hereby certify that the foregoing brief complies with the word limit set forth in Local Rule 7.3(d)(1).

*/s/ John M. Moye*
John M. Moye (NC Bar No. 35463)
BARNES & THORNBURG LLP
3340 Peachtree Road, N.E., Suite 2900
Atlanta, Georgia 30326-1092
Tel: (404) 846-1693
Fax: (404) 264-4033
JMoye@btlaw.com

*Local Civil Rule 83.1(d) Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

        Peter H. Gilbert — peterg@legalaidnc.org
        Kelly Anne Clarke — kellyc@legalaidnc.org
        Michael Manset — michaelm2@legalaidnc.org
        LEGAL AID OF NORTH CAROLINA, INC.
        FAIR HOUSING PROJECT
        2101 Angier Avenue, Suite 300
        Durham, NC  27703

                                            */s/ John M. Moye*
                                            John M. Moye

5

Case 1:23-cv-01114-CCE-JLW   Document 26   Filed 03/18/24   Page 5 of 5