| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**MIDDLE DISTRICT OF NORTH CAROLINA** | **Case No.** 1:23-cv-01114-CCE-JLW |
| Name of Plaintiff(s):<br>Carolynn Wood | **REPORT** ~~RECEIVED~~<br>In This Office |
| **VERSUS** | **OF** AUG 12 2024 |
| Name of Defendant(s):<br>FKH SFR C1, LP, et al | **MEDIATOR** CLERK U.S. DISTRICT COURT<br>GREENSBORO, N.C. |
| Mediator Name: Kenneth P. Carlson, Jr. | *(For Placement on the*<br>*CM/ECF Docket)* |
| Telephone No: 336-721-6843 | ____ This is an **Interim Report**. A final report is to |
| E-Mail Address: kcarlson@constangy.com | be filed after resumption of the mediation |

1.  **Convening of Mediation.** The mediated settlement conference ordered in this case:
    ✓    was held on June 10, 2024 and continued through August 5, 2024.
         was NOT held because _____

2. **Attendance**
    ✓ No objection was made on the grounds that any required attendee was absent.
      Objection was made by _____

3. **Outcome**
    ✓ Complete settlement of the case
      Conditional settlement or other disposition
      Partial settlement of the case
      Recess *(i.e.,* mediation to be resumed at a later date)
      Impasse
      Additional Information: _____

4.  **Settlement Filings.**
    a)  The document(s) to be filed to effect the settlement are: Stipulation of Dismissal with
        Prejudice

    b)  The person responsible for filing the document(s) is: Peter H. Gilbert, Esq., Kelly Anne Clark,
        Esq., or Michael Manset, Esq., Plaintiff's Counsel

    c)  The agreed deadline for filing the document(s) is: TBD

**Submission of Report.** Please submit the completed and signed report by mail to Clerk of Court, 324
W. Market St., Greensboro, NC 27401, or, if a Consent to Transfer Documents Electronically Form has
been submitted, submit the signed report to medclerk@ncmd.uscourts.gov.
**I have submitted this completed report with ten (10) days after conclusion of the conference**

_____        8/7/24
    Mediator Signature                     Date

11315280v1